# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARIAH TAUB ENGEBRETSON, | Case No. 2:20-cv-01351-RFB-EJY |
| Petitioner, | |
| v. | **ORDER** |
| U.S. ATTORNEY GENERAL, | |
| Respondent. | |

On July 30, 2020, this Court entered an order allowing petitioner 30 days within which to cure a jurisdictional defect by amending his petition to name a proper respondent. ECF No. 3. The order advised petitioner that failure to amend the petition in the time allotted would result in dismissal of his petition for lack of jurisdiction. Id.

Because petitioner has not responded to the order or requested an extension of time within which to do so, this action will be dismissed.

**IT IS THEREFORE ORDERED** that the petition for writ of habeas corpus (ECF No. 1) is dismissed for lack of jurisdiction. The Clerk shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied as reasonable jurists would not find the decision to dismiss debatable.

DATED: October 8, 2020

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE